Opinion by Oliver, P. J. It was stipulated that the merchandise consists of record changer units similar in all material respects to those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiffs was sustained.

**No. 52183.**—Micro Sonic Corp. et al. *v.* United States, protests 134925–K, etc. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of record changer units similar in all material respects to those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiffs was sustained.

Before the Second Division, February 19, 1948

**No. 52184.**—Tucker & Goodheart *v.* United States, protest 944805–G (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that certain items of the merchandise consist of hats composed of manila hemp, not blocked or trimmed, and not bleached, dyed, colored, or stained, similar in all material respects to those the classification of which was involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the claim of the plaintiff was sustained.

**No. 52185.**—Trinacria Importing Co. *v.* United States, protest 134617–K (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the claim of the plaintiff was sustained.

**No. 52186.**—H. A. Caesar & Co. *v.* United States, protests 865101–G, etc. (New York).

Opinion by Kincheloe, J. It now appearing that the umbrella cloth covered by one of the entries was imported prior to the Belgian Trade Agreement, and